IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DEBRA A. WILTERMOOD and MICHAEL WILTERMOOD, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Cause No.: 2:07-cv-0170-RLY-WGH |
| DAVOL, INC., SUBSIDIARY OF C.R. BARD, INC., | ) | |
| Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Defendant Davol, Inc., a subsidiary of C.R. Bard, Inc. hereby files this Corporate Disclosure Statement pursuant to Southern District of Indiana Local Rule 7.2 and states as follows:

1. Parent corporations of the corporation: Davol, Inc., a wholly owned subsidiary of C.R. Bard, Inc. and C.R. Bard, Inc. has no parent corporation.

2. Any publicly held company or investment fund that owns ten percent (10%) or more of the corporation: No publicly held corporation owns more than 10% of its stock.

Dated: July 10, 2007

Respectfully submitted,

/s/ Kathleen A. DeLaney
Kathleen A. DeLaney (#18604-49)
Counsel for Davol, Inc., a wholly owned subsidiary of C.R. Bard, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Courts electronic filing system and via U.S. mail. Parties may access this filing through the Court's system.

Larry J. Wagner
Wagner Crawford and Gambill
416 South Sixth Street
P.O. Box 1897
Terre Haute, IN 47808-1897

/s/ Kathleen A. DeLaney
Kathleen A. DeLaney

DELANEY & DELANEY LLC
3640 North Washington Blvd.
Indianapolis, IN 46205
Ph. (317) 920-0400
Fx. (317) 920-0404