CLOSED

# U.S. District Court
# Southern District of Indiana (Terre Haute)
# CIVIL DOCKET FOR CASE #: 2:07-cv-00170-RLY-WGH

WILTERMOOD et al v. DAVOL INC
Assigned to: Judge Richard L. Young
Referred to: Magistrate Judge William G. Hussmann, Jr
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 07/10/2007
Date Terminated: 08/07/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Federal Question

**Plaintiff**

**DEBRA A WILTERMOOD** represented by **Larry J. Wagner**
WAGNER CRAWFORD GAMBILL & TROUT
416 South Sixth Street
P O Box 1897
Terre Haute, IN 47808-1897
(812) 238-1408
Fax: (812) 238-1127
Email: wcg@wagnerlawfirm.biz
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MICHAEL WILTERMOOD** represented by **Larry J. Wagner**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DAVOL INC**
*a Subsidiary of CR Bard Inc* represented by **Kathleen Ann DeLaney**
DELANEY & DELANEY LLC
3640 North Washington Blvd.
Indianapolis, IN 46205
(317) 920-0400
Fax: (317) 920-0404
Email: kathleen@delaneylaw.net
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/10/2007 | 1 | NOTICE OF REMOVAL from Vigo County Superior Court, case number 84D01-0707-CT-6662., filed by DAVOL INC. (Attachments: # 1 Exhibit a# 2 Exhibit b# 3 Exhibit c)(VS) (Entered: 07/10/2007) |

| | | |
|---|---|---|
| 07/10/2007 | 2 | CIVIL COVER SHEET, filed by Defendant DAVOL INC. (VS) (Entered: 07/10/2007) |
| 07/10/2007 | 3 | NOTICE of Appearance by Kathleen Ann DeLaney on behalf of Defendant DAVOL INC. (VS) (Entered: 07/10/2007) |
| 07/10/2007 | 4 | RECEIPT #IP 002292 in the amount of $ 350.00 (VS) (Entered: 07/10/2007) |
| 07/10/2007 | 5 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction issued. (VS) (Entered: 07/10/2007) |
| 07/10/2007 | 6 | CORPORATE DISCLOSURE STATEMENT, filed by Defendant DAVOL INC, identifying C.R. Bard, Inc. as Corporate Parent. (DeLaney, Kathleen) (Entered: 07/10/2007) |
| 07/10/2007 | 7 | NOTICE, filed by Defendant DAVOL INC, re 1 Notice of Removal. *of Submission of Exhibit D to Notice of Removal*. (Attachments: # 1 Exhibit Exhibit D to Removal Papers) (DeLaney, Kathleen) (Entered: 07/10/2007) |
| 07/16/2007 | 8 | NOTICE of Parties' First Extension of Time, filed by Defendant DAVOL INC. (DeLaney, Kathleen) (Entered: 07/16/2007) |
| 08/07/2007 | 9 | CLOSED TRANSFER to the District of Rhode Island, in MDL 1842, Kugel Mesh Hernia Patch Products Liability Litigation, pursuant to Cerified Conditional Transfer Order # CT0-2, cause no 07-1882 (MML). Signed by Judge Tim A. Baker on 08/07/07. (VS) (Entered: 08/16/2007) |

**Case #:2:07-cv-00170-RLY-WGH**

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/16/2007 10:48:08 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:07-cv-00170-RLY-WGH |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |